UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH OLSON,

    Plaintiff,

v.                                   Case No. 5:16cv345-LC-CJK

MICHAEL D. CREWS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On June 30, 2017, the court ordered plaintiff to file either a notice of voluntary dismissal or an amended civil rights complaint within 30 days. (Doc. 10). After receiving no response, the court directed plaintiff to show cause why this case should not be dismissed. (Doc. 11). The show cause order was returned to the clerk as undeliverable with the notation "decease." (Doc. 12). Thus, the undersigned recommends that this case be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 14th day of August, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 5:16cv345-LC-CJK