UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH OLSON,

    Plaintiff,

v.                                    Case No. 5:16cv345-LC-CJK

MICHAEL D. CREWS, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 14, 2017 (doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED**.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of September, 2017.

                *s/L.A. Collier*
            **LACEY A. COLLIER**
            **SENIOR UNITED STATES DISTRICT JUDGE**